## CARPENTER *v.* MILLER.

[No. 11,779.   Filed March 19, 1924.]

From Madison Circuit Court; *William A. Kittinger*, Judge.

Action between John P. Carpenter and Charles E. Miller. From the judgment rendered, the former appeals.   *Affirmed.*

*Ira M. Sharp*, for appellant.
*Bagot, Free & Bagot*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## WEISS *v.* STARSIAK ET AL.

[No. 11,557.   Filed March 21, 1924.]

From Lake Superior Court; *Charles E. Greenwald*, Judge.

Action between Marguerite E. Weiss and Lawrence Starsiak and others.   From the judgment rendered therein, the former appeals.   *Affirmed.*

*Ibach, Gavit, Stinson & Gavit*, for appellant.
*William H. Matthews*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## MOUNSEY, ADMINISTRATRIX, *v.* MOUNSEY.

[No. 11,865.   Filed April 2, 1924.]

From Wells Circuit Court; *Frank W. Gordon*, Judge.

Action between Mary A. Mounsey, as administratrix, and Mary A. Mounsey.   From the judgment rendered, the former appeals. *Appeal dismissed.*

*Abram Simmons, Charles G. Dailey* and *Virgil M. Simmons,* for appellant.
*Eichhorn & Edris*, for appellee.

REMY, C. J.—Dismissed, on authority of *Campbell, Admr.,* v. *Horner* (1895), 12 Ind. App. 86, 39 N. E. 768; *Nash* v. *Burgess* (1922), 79 Ind. App. 460, 135 N. E. 800.